960 A.2d 388

EMILY MARSHALL, ETC., ET AL., PLAINTIFFS, v. RARITAN VALLEY DISPOSAL, ET AL., DEFENDANTS, AND TOWNSHIP OF WEST AMWELL, DEFENDANT THIRD–PARTY PLAINTIFF PETITIONER, v. ILLINOIS NATIONAL INSURANCE CO., THIRD PARTY DEFENDANT–RESPONDENT.

August 18, 2008.

A petition for certification of the judgment in A–1611–06 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

960 A.2d 389

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. RALPH BAKER, DEFENDANT–PETITIONER.

October 20, 2008.

Denied.

960 A.2d 389

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. RALPH BAKER, DEFENDANT–PETITIONER.

October 20, 2008.

Denied.